U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

SEP 0 7 2017

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. |
| | * | 18 U.S.C. § 2252A(a)(5)(A) |
| | * | 18 U.S.C. § 2253 |
| VERSUS | * | |
| | * | |
| | * | 2:17-CR-00230-01 |
| RYAN KEITH TAYLOR | * | JUDGE UNASSIGNED |
| | * | MAGISTRATE JUDGE KAY |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
Possession of Child Pornography
[18 U.S.C. § 2252A(a)(5)(A)]

On or about April 12, 2017, in the Western District of Louisiana, the defendant, RYAN KEITH TAYLOR, did knowingly possess within the special maritime and territorial jurisdiction of the United States, to wit: Fort Polk military installation, material which contains an image of child pornography as defined in Title 18, United States Code, Section 2256(8), that involved a prepubescent minor; all in violation of Title 18 United States Code Section 2252A(a)(5)(A). [18 U.S.C. § 2252A(a)(5)(A)].

## Forfeiture Allegation
[18 U.S.C. § 2253]

1.	The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

2.	Pursuant to Title 18, United States Code, Section 2253, upon conviction of an offense in violation of Title 18, United States Code, Section 2252A, the defendant, RYAN KEITH TAYLOR, shall forfeit to the United States of America:

 a.	Any visual depiction described in Title 18, United States Code, sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

 b.	Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense[s]; and

 c.	Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense[s].

The property to be forfeited includes, but is not limited to an Apple iPod Model A1421, Serial Number: CCQJM3PZF4K4.

3.	If any of the property described above, as a result of any act or omission of the defendant:

 a.	cannot be located upon the exercise of due diligence;

 b.	has been transferred or sold to, or deposited with, a third party;

 c.	has been placed beyond the jurisdiction of the court;

 d.	has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and by Title 28, United States Code, Section 2461(c).

        A TRUE BILL:

        __REDACTED__
        GRAND JURY FOREPERSON

ALEXANDER C. VAN HOOK
Acting United States Attorney

_____
DAVID C. JOSEPH, Bar No. 28634
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
Telephone: (337) 262-6316