✎ AO 472  (Rev. 3/86) Order of Detention Pending Trial

# UNITED STATES DISTRICT COURT

Western  District of  Louisiana

UNITED STATES OF AMERICA

V.  **ORDER OF DETENTION PENDING TRIAL**

RYAN KEITH TAYLOR  Case Number:  2:17-cr-00230
*Defendant*

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing was held on September 20, 2017.  I conclude that the following facts require the detention of the defendant pending trial in this case.

## Part I—Findings of Fact

☐ (1) The defendant is charged with an offense described in 18 U.S.C. § 3142(f)(1) and has been convicted of a ☐ federal offense ☐ state or local offense that would have been a federal offense if a circumstance giving rise to federal jurisdiction had existed     that is
  ☐ a crime of violence as defined in 18 U.S.C. § 3156(a)(4).
  ☐ an offense for which the maximum sentence is life imprisonment or death.
  ☐ an offense for which a maximum term of imprisonment of ten years or more is prescribed in

  ☐ a felony that was committed after the defendant had been convicted of two or more prior federal offenses described in 18 U.S.C. § 3142(f)(1)(A)-(C), or comparable state or local offenses.

☐ (2) The offense described in finding (1) was committed while the defendant was on release pending trial for a federal, state or local offense.
☐ (3) A period of not more than five years has elapsed since the ☐ date of conviction ☐ release of the defendant from imprisonment for the offense described in finding (1).
☐ (4) Findings Nos. (1), (2) and (3) establish a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of (an) other person(s) and the community.  I further find that the defendant has not rebutted this presumption.

### Alternative Findings (A)

(1) There is probable cause to believe that the defendant has committed an offense
    for which a maximum term of imprisonment of ten years or more is described in   21 U.S.C. §§ 846 and 841(b)(1)(A)       .
(2) The court finds that probably cause exists to believe the defendant committed the offense involving a minor victim and he has not rebutted the presumption established by 18 U.S.C. § 3142(f)(1)(E) that no condition or combination of conditions will assure the appearance of the defendant and the safety of other persons and the community.

### Alternative Findings (B)

X (1) There is a serious risk that the defendant will not appear.
X (2) There is a serious risk that the defendant will endanger the safety of another person or the community.
☐ (3) Defendant has consented to detention for reasons set forth below.

## Part II—Written Statement of Reasons for Detention

Defendant has no contacts or ties to the Western District of Louisiana except for his relationship with the U.S. Army stationed at Ft. Polk, Louisiana.  It is expected that he will be separated from the military as a result of this proceeding as well as incidents that occurred on base for which he has not yet been charged as well as findings made by law enforcement after search of his apartment.  Given the seriousness of the charge, the lack of contact to this area, the unavailability of anyone to act as a third-party custodian for defendant, we conclude that there exists no conditions of release that we could impose to reasonable protect the safety of another person or the community or defendant's appearance at trial or other proceedings.

## Part III—Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

September 21, 2017
*Date*

*Signature of Judicial Officer*
Kathleen Kay
*United States Magistrate Judge*