UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION NO. 2:17-CR-230 |
| | * | |
| VERSUS | * | |
| | * | JUDGE JAY C. ZAINEY |
| RYAN KEITH TAYLOR | * | |
| | * | |
| | * | MAGISTRATE JUDGE KATHLEEN |
| | * | KAY |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MINUTE ENTRY

On December 6, 2017, the Court held a status conference in Lafayette, Louisiana with the following counsel in attendance: David C. Joseph for the Government; and Wayne J. Blanchard for the defendant, Ryan Keith Taylor.

The parties advised the Court as to the status of the case. Counsel for the defendant stated that he intended to file a motion to continue the trial. The current trial setting remains unchanged at this time.

New Orleans, Louisiana, this  7th day of December, 2017.

_____
JUDGE JAY C. ZAINEY
UNITED STATES DISTRICT COURT

JS10 (00:07)